CONCETTI CIAMPI, as Administratrix of the Estate of GENNARO CIAMPI, Deceased Appellant, *v.* THE LONG ISLAND RAILROAD COMPANY, Respondent.

*Ciampi* v. *Long Island R. R. Co.,* 147 App. Div. 906, affirmed.
(Argued March 26, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 6, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the

death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*Frederick N. Van Zandt* and *Harry W. Moore* for appellant.

*Henry A. Uterhart* and *Joseph F. Keany* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and MILLER, JJ. Absent: HOGAN, J.